UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------ x
CMR & ASSOCIATES, INC. d/b/a PolicySmart,

        Plaintiff,                                              23-cv-02937 (RA)

    - against -

TOTAL MANUFACTURING COMPANY,

        Defendant.
------------------------------------------------------------------ x

## STIPULATION OF DISMISSAL

      Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), IT IS HEREBY STIPULATED by and between the undersigned counsel for the parties that the captioned matter is hereby DISMISSED WITH PREJUDICE, and the parties shall assume their own costs and fees.

Dated: New York, New York
       June 28, 2023

_____       /s/ Drew H. Campbell
Harry Weinberg, Esq.                Drew H. Campbell, Esq.
Law Offices of Harry Weinberg, PLLC   Bricker Graydon, LLP
Attorney for Plaintiff                 Attorneys for Defendant
1 Penn Plaza – Suite 2110         100 South Third Street
New York, N.Y. 10119                Columbus, OH 43215
(212) 889-4100                          (614) 227-2319
(917) 687-6019 (Cell)

                                                             SO ORDERED.

                                                             Hon. Ronnie Abrams
                                                             6/29/2023

18676817v4